Moskal, et al. v. Pandit, et al.

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand fourteen.

PRESENT: JOHN M. WALKER, JR.,
            DENNIS JACOBS,
            RICHARD C. WESLEY,
                        <u>Circuit Judges</u>.

- - - - - - - - - - - - - - - - - - - -X
STANLEY MOSKAL, derivatively on behalf of Citigroup, Inc., SILVESTER SCIUTO, derivatively on behalf of Citigroup, Inc., JAMES KENNEY, derivatively on behalf of Citigroup, Inc.,
            <u>Plaintiffs-Appellants</u>,

            -v.-                                    13-3577

VIKRAM PANDIT, JOHN C. GERSPACH, JOHN P. HAVENS, MANUEL MEDINA MORA, ALAIN J.P. BELDA, TIMOTHY C. COLLINS, ROBERT L. JOSS, MICHAEL E. O'NEILL, RICHARD D. PARSONS, LAWRENCE RICCIARDI, JUDITH RODIN, ROBERT RYAN, ANTHONY M. SANTOMERO, DIANA L. TAYLOR, WILLIAM S.

**THOMPSON, JR., ERNESTO ZEDILLO PONCE DE LEON, BRIAN LEACH,**

　　　　**Defendants-Appellees,**

**CITIGROUP, INC.,**

　　　　**Nominal-Defendant-Appellee.**

- - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| **FOR APPELLANTS:** | CHRISTOPHER NELSON (Robert B. Weiser, Brett D. Stecker, Jeffrey J. Ciarlanto, and Joseph M. Profy, The Weiser Law Firm, P.C.; Curtis V. Trinko, Jennifer E. Traystman, and C. William Margrabe, Law Offices of Curtis V. Trinko, LLP; Brian P. Robbins, Felipe J. Arroyo, Shane P. Sanders, and Julia M. Williams, Robbins Arroyo LLP; Katharine M. Ryan and Richard A. Maniskas, Ryan & Maniskas LLP, on the brief), The Weiser Law Firm, P.C., Berwyn, PA. |
| **FOR APPELLEES:** | MARY EATON (Sameer Advani, on the brief), Wilkie Farr & Gallagher LLP, New York, NY, for Alain J.P. Belda, Timothy C. Collins, Robert L. Joss, Michael E. O'Neill, Richard D. Parsons, Lawrence R. Ricciardi, Judith Rodin, Robert L. Ryan, Anthony M. Santomero, Diana L. Taylor, William S. Thompson, Jr., and Ernesto Zedillo Ponce de Leon. |
| | BRAD S. KARP (Richard A. Rosen and Susanna M. Buergel, on the brief), Paul, Weiss, Rifkind, Wharton & Garrison LLP, New York, NY, for Vikram Pandit, John P. Havens, John C. Gerspach, Manuel Medina-Mora, and Brian Leach. |
| | STEVEN M. BIERMAN (Jonathan W. Muenz, on the brief), Sidley |

Austin LLP, New York, NY, <u>for</u> Citigroup, Inc.

Appeal from a judgment of the United States District Court for the Southern District of New York (Oetken, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

A putative plaintiff class appeals from the judgment of the United States District Court for the Southern District of New York (Oetken, <u>J.</u>), denying its motion for attorney's fees and request for discovery. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

The denial of a fee application is reviewed for abuse of discretion. <u>Scarangella v. Grp. Health, Inc.</u>, 731 F.3d 146, 151 (2d Cir. 2013). Likewise, we review a district court's decision to deny discovery for abuse of discretion. <u>Goetz v. Crosson</u>, 41 F.3d 800, 805 (2d Cir. 1994). The district court denied the application because the plaintiffs' complaint was not rendered moot, and the plaintiffs failed to show a causal connection between their actions and those taken by the defendants. <u>See generally</u> <u>In re Citigroup Shareholder Derivative Litig.</u>, No. 12 Civ. 3114(JPO), 2013 WL 4441511, at *5-6 (S.D.N.Y. Aug. 19, 2013). The district court further ruled that discovery as to causation was unwarranted given the undisputed facts in the record. <u>Id.</u> at *6.

For substantially the reasons set forth in the district court's well-reasoned opinion, we affirm the judgment. We have considered the remainder of the plaintiffs' arguments and find them to be without merit.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK

3